obligations" (*Avello v Avello*, 72 AD3d 850, 852 [2010]). Perceived inequities in a pendente lite order can best be remedied by a speedy trial at which the parties' financial circumstances can be fully explored (*see Palmeri v Palmeri*, 87 AD3d 572 [2011]). Here, the defendant has demonstrated no basis upon which to modify the award of temporary maintenance to the plaintiff (*id.*).

The defendant's remaining contentions are without merit.

The cross appeal must be dismissed as abandoned, as the plaintiff does not seek in her brief reversal or modification of any portion of the order (*see Ferri v Ferri*, 71 AD3d 949, 950 [2010]). Dillon, J.P., Florio, Chambers and Lott, JJ., concur.

■ JOSEPH GORHAM, Respondent, v RELIABLE FENCE & SUPPLY CO., INC., Defendant/Third-Party Defendant-Appellant, PREMIER STORAGE SOLUTIONS OF THIRD AVENUE, LLC, Respondent, and RACANELLI CONSTRUCTION COMPANY, INC., Defendant/Third-Party Plaintiff-Respondent, et al., Third-Party Defendant. [938 NYS2d 815]

Rivera, J.P., Balkin, Leventhal and Roman, JJ., concur.

■ JOSEPH GORHAM, Respondent, v RELIABLE FENCE & SUPPLY CO., INC., Defendant/Third-Party Defendant-Appellant, PREMIER STORAGE SOLUTIONS OF THIRD AVENUE, LLC, Respondent, and RACANELLI CONSTRUCTION COMPANY, INC., Defendant/Third-Party Plaintiff-Respondent, et al., Third-Party Defendant. [939 NYS2d 490]—